AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Laurence Pagnoni | ) Case No. 24-6277-MPK |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 10 and 16, 2022 and May 18, 2023 in the county of Barnstable in the _____ District of Massachusetts, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

Please see the Affidavit of Task Force Officer Michael Sullivan, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

/s/ Michael Sullivan

*Complainant's signature*

Task Force Officer Michael Sullivan, FBI

*Printed name and title*

Sworn to before me and signed via telepone.

Date: April 16, 2024

*Judge's signature*

City and state: Boston, Massachusetts    Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*