**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI

**City** Provincetown

**County** Barnstable County

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. 24-6277-MPK

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number 23-MJ-6130-MPK, 23-6131-MPK, 24-6048-MPK

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes ☑ No

**Defendant Information:**

**Defendant Name** Laurence Pagnoni    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: _____

Birth date (Yr only): 1960    SSN (last 4#): ____    Sex: Male    Race _____    Nationality: United States

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA: Luke A. Goldworm    Bar Number if applicable: 677657

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial

☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 4/16/2024    Signature of AUSA: /s/ Luke A. Goldworm

JS 45  (5/97)  ▪ (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Laurence Pagnoni

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 2252A(a)(2)(A) | Distribution of Child Pornography | 1 |
| Set 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**