UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAURENCE PAGNONI,<br><br>           Defendant | 24-MJ-6277-MPK |

<u>AMENDED MOTION TO UNSEAL CRIMINAL COMPLAINT</u>

The United States hereby respectfully asks the Honorable Court to unseal the complaint, supporting affidavit, and any other paperwork related to the above captioned matter. In support of this motion, the government states that the defendant has now been arrested on April 18, 2024, and that there is no further reason to keep the matter secret relative to this defendant.

                                      Respectfully submitted,

                                      JOSHUA S. LEVY
                                      Acting United States Attorney

            By:    <u>/s/ *Luke A. Goldworm*</u>
                      Luke A. Goldworm
                      Assistant United States Attorney
                      Date: April 18, 2024

SO ORDERED.

_____
Hon. Jennifer C. Boal
U.S. Magistrate Judge